SAMUEL L. WHITE, Respondent, *v.* PETER H. McNULTY, Appellant.

*White* v. *McNulty*, 26 App. Div. 173, affirmed.
(Submitted October 5, 1900; decided October 23, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 3, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Towns & McCrossin* for appellant.

*Albridge C. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

GEORGE H. JACOBS, Respondent, *v.* NORTHWESTERN LIFE ASSURANCE COMPANY, Appellant.

*Jacobs* v. *Northwestern L. Assur. Co.*, 30 App. Div. 285, affirmed.
(Submitted October 5, 1900; decided October 23, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*David Murray* for appellant.

*Charles F. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.